UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CR21-63 RSM |
| ) | |
| CESAR CLEMENTE, ) | ORDER EXTENDING DEADLINE TO |
| ) | FILE PRETRIAL MOTIONS |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

THIS MATTER having come before the Court on the Defendant's Motion to Extend Deadline To File Pretrial Motions, and the United States having indicated it does not oppose the request, the motion is granted, and it is hereby ORDERED:

The pretrial motions deadline is now set for March 30. 2022.

DATED this 23rd day of March, 2022.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINE
- 1

KRADEL DEFENSE PLLC
1001 4TH AVE., SUITE 4050
SEATTLE, WA 98154