UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR CLEMENTE, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR21-63 RSM <br><br> ORDER TERMINATING <br> SUPERVISED RELEASE |

THIS MATTER having come before the Court on the Defendant's Motion to Terminate Supervised Release pursuant to 18 U.S.C. 3583(e)(1), and having considered the basis for the same, as well as the positions of United States Probation and the prosecution, the Court finds that the interests of justice would be served by terminating supervised release and it is hereby ORDERED:

The term of supervised release is terminated and the defendant discharged from any further supervision on this matter.

DATED this 13th day of May, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
- 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
SEATTLE, WA 98107